**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Reyna Tamez,  Jose Nino,  John Bettencourt and Debby Bettencourt

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOSE ACOSTA,<br><br>          Plaintiff,<br><br>vs.<br><br>REYNA TAMEZ dba AL'S RICOS TACOS aka AL RICOS TACOS; JOSE NINO dba AL'S RICOS TACOS aka AL RICOS TACOS; JOHN BETTENCOURT; DEBBY BETTENCOURT;<br><br>          Defendants. | CASE NO. 1:16-cv-01614-DAD-EPG<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT |

   WHEREAS:

1. Plaintiff JOSE ACOSTA filed his complaint in this action on October 25, 2016.

2. This is the second request for an extension of time for REYNA TAMEZ dba AL'S RICOS TACOS aka AL RICOS TACOS, JOSE NINO dba AL'S RICOS TACOS aka AL RICOS TACOS,  JOHN BETTENCOURT and DEBBY BETTENCOURT ("Defendants").  A previous stipulation for extension of time was granted by local rule and therefore court approval is required for a further extension of time.  A joint status report is due on or about January 24, 2017.

3. Plaintiff and Defendants continue to be in settlement negotiations at this time, but time is needed to review a now completed CASp report and conclude the terms of a settlement.

4. The parties agree and submit that settlement of this case prior to the preparation of a joint status report would save valuable court time and resources.

1  5. The parties have agreed to extend Defendants' time to respond to the complaint until January
2  23, 2017, subject to the court's approval, and believe that the case can be settled within that time.
3  NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ACOSTA
4  through his attorneys, hereby stipulate and agree that the time for REYNA TAMEZ dba AL'S
5  RICOS TACOS aka AL RICOS TACOS, JOSE NINO dba AL'S RICOS TACOS aka AL RICOS
6  TACOS,  JOHN BETTENCOURT and DEBBY BETTENCOURT to answer or otherwise respond
7  to the Complaint shall be extended up to and including January 23, 2017, pending court approval.
8  IT IS SO STIPULATED.

MOORE LAW FIRM, P.C.

Dated: December 19, 2016          /s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Jose Acosta

Dated: December 19, 2016          /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants,
Reyna Tamez,  Jose Nino,  John Bettencourt and
Debby Bettencourt

**ORDER**

**IT IS SO ORDERED that** defendants REYNA TAMEZ dba AL'S RICOS TACOS aka AL RICOS TACOS, JOSE NINO dba AL'S RICOS TACOS aka AL RICOS TACOS, JOHN BETTENCOURT and DEBBY BETTENCOURT shall have until January 23, 2017 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: **December 20, 2016**        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE