UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REYNA TAMEZ dba AL'S RICOS TACOS aka AL RICOS TACOS; JOSE NINO dba AL'S RICOS TACOS aka AL RICOS TACOS; JOHN BETTENCOURT; DEBBY BETTENCOURT,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01614-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 14) |

On February 15, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 14.) Defendants have not filed an answer or motion for summary judgment. In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated: **February 16, 2017**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1